IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUGARTOWN WORLDWIDE LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 14-5063 |
| KENNETH LINN SHANKS and | : | |
| JAMES MICHAEL GLOVER | : | |

## ORDER

**AND NOW**, on this 24th day of March 2015, upon consideration of Defendant Glover's

Motion to Dismiss for Lack of Personal Jurisdiction and/or Failure to State a Claim (ECF Doc.

No. 11), Plaintiff's Opposition (ECF Doc. No. 13) and Defendant Glover's Reply (ECF Doc. No.

19), and as detailed in the accompanying Opinion, it is hereby **ORDERED**:

1.      Defendant Glover's Motion to Dismiss for Lack of Personal Jurisdiction is

**GRANTED** as to Count II (fraud in the inducement/civil conspiracy) and Count III (unjust

enrichment);  Counts II and III are **DISMISSED with prejudice** against Defendant Glover for

lack of personal jurisdiction;

2.      Defendant's Motion to Dismiss for Failure to State a Claim is **DENIED in part**

**and GRANTED in part:**

    a.      Defendant's Motion is **GRANTED** as to Count I (piercing the corporate

veil) and as to any claim in Count IV for a constructive trust, receiver or accounting from

non-parties (Fed. R. Civ. P. 19) and these claims are **DISMISSED without prejudice** as

described in the accompanying Memorandum.

       b.      Defendant's Motion to Dismiss Count IV (Fraudulent Transfer Act) and Count V (Breach of Fiduciary Duty) is **DENIED**.

       3.      Defendant Glover shall answer Counts IV and V of the Complaint on or before **April 6, 2015**.

KEARNEY, J.