IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SUGARTOWN WORLDWIDE LLC** | : | **CIVIL ACTION** |
| v. | : | **NO. 14-5063** |
| **SHANKS,** *et al.* | : | |

# ORDER

**AND NOW,** this 6th day of May 2016, upon consideration of Defendant James Michael Glover's Motion to void judgment against him under Fed.R.Civ.P. 60(b)(4) (ECF Doc. No. 180), Plaintiff's Opposition (ECF Doc. No. 183), following oral argument and post-argument briefs requested by the Court concerning Defendant Glover's participation in certain transactions (ECF Doc. Nos. 199, 200), and for reasons in the accompanying memorandum, it is **ORDERED** Defendant Glover's Motion (ECF Doc. No. 180) is **GRANTED** as this Court lacks personal jurisdiction over him following the evidence admitted at trial and thus mooting his alternative relief sought under Fed.R.Civ.P. 52(a) and 59(a),(e);

It is further **ORDERED** the January 8, 2016 Judgment Order (ECF Doc. No. 174) is **AMENDED** to eliminate any judgment against James Michael Glover as referenced in Paragraphs 4, 5, 6 and 7(a) of the Judgment Order and to confirm:

**JUDGMENT** is entered in favor of James Michael Glover and against Plaintiff on all counts as this Court lacks personal jurisdiction over Defendant Glover.

_____
**KEARNEY, J.**